IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA MICHAEL LUKACH, | : | CIVIL ACTION NO. 3:17-cv-2344 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| GENE BERDANIER, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 31st day of May 2018, upon consideration of Defendants' unopposed motion (Doc. 13) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 13) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is DEEMED unopposed and GRANTED.

2. Plaintiff's complaint is DISMISSED in its entirety.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**